

**NUMBER 13-14-00622-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## IN THE INTEREST OF J.P.A. III, L.K.S., C.S.S. II, G.E.O.S., CHILDREN

---

**On appeal from the County Court at Law No. 1
of Calhoun County, Texas.**

---

# ORDER TO FILE APPELLANT'S BRIEF

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Order Per Curiam**

On October 20, 201 4, M.H.S. and C.S., parents of J.P.A. III, L.K.S., C.S.S. II, G.E.O.S., filed a notice of appeal in this parental termination case. M.H.S. filed an extension of time to file her appellate brief. We granted that extension until January 23, 2015. C.S.'s brief was due on December 11, 2014. C.S. has filed no brief and has requested no extension of time to file his brief. This Court requires strict adherence to the briefing rules in appeals of parental termination cases and looks with disfavor upon this delay.

Now on the 78th day of this appeal, appellant C.S. is hereby ORDERED to file his appellate brief with this Court on or before January 23, 2015. Any extension of time will not be favorably entertained by this Court, absent extraordinary circumstances.

PER CURIAM

Delivered and filed the 6th
day of January, 2015.